**921**

**UNITED STATES of America, Appellant, v. MORRISDALE COAL CO.**

**UNITED STATES of America v. MORRISDALE COAL CO., Appellant.**

Nos. 8238, 8249.

Circuit Court of Appeals, Third Circuit.

Argued May 5, 1943.

Decided May 10, 1943.

George E. H. Goodner, of Washington, D. C., for Morrisdale Coal Co.

Warren F. Wattles, of Washington, D. C., for the United States.

Before MARIS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The judgment of the district court is affirmed for the reasons set forth in the opinions of Judge Kirkpatrick, 46 F.Supp. 356 and 50 F.Supp. 138.

**Prentiss M. BROWN, Administrator, Office of Price Administration, Appellant, v. John H. MAXWELL, Doing Business as Maxwell Steel Company, Appellee.**

No. 10694.

Circuit Court of Appeals, Fifth Circuit.

June 9, 1943.

Clyde Eastus, U. S. Atty., of Fort Worth, Tex., L. L. James, Senior Enforcement Atty., OPA, Talbot Smith, Regional Atty., OPA, Amos J. Coffman, Regional Enforcement Atty., OPA and W. B. Harrell, Regional Litigation Atty., OPA, all of Dallas, Tex., and Frank Taylor, State Enforcement Atty., OPA, of Fort Worth, Tex., for appellant.

H. S. Lattimore, of Fort Worth, Tex., for appellee.

Before HUTCHESON, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

In the above numbered and entitled cause comes the appellant, by its counsel, Clyde Eastus, Esq., United States Attorney; Talbot Smith, Esq., Regional Attorney; Amos J. Coffman, Esq., Regional Enforcement Attorney; W. B. Harrell, Esq., Regional Litigation Attorney; L. L. James, Esq., Senior Enforcement Attorney, and Frank Taylor, Esq., District Enforcement Attorney, and the appellee, by his counsel, H. S. Lattimore, Esq., and file a joint stipulation to docket and remand to the trial Court for a new trial the above entitled and numbered cause.

Pursuant to said stipulation, it is ordered and adjudged by this Court that this cause be, and it is hereby, remanded to the said District Court for a new trial in accordance with the agreement and stipulation of counsel.

It is further ordered that the mandate of this court shall issue forthwith.